# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:19-CV-00245-KDB

| | |
|---|---|
| APRIL DAWN BREEDLOVE,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure." (Doc. No. 10). Counsel for Plaintiff requests that this matter be dismissed, with prejudice, after concluding "that the case cannot be successfully pursued on appeal on the record now established and would be better developed in a new claim." (Doc. No. 10, at 1). Defendant does not object to the motion. Accordingly, the Court will grant Plaintiff's Motion to Dismiss.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss (Doc. No. 10) be **GRANTED** and this appeal be dismissed with prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Signed: February 3, 2020

Kenneth D. Bell
United States District Judge